UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF LEXINGTON on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC., and MONSANTO COMPANY,<br><br>Defendants. | Case No. 12-CV-11645 |

### AFFIDAVIT OF DAVID L. MACINTOSH IN SUPPORT OF PLAINTIFF TOWN OF LEXINGTON'S MOTION FOR CLASS CERTIFICATION

I, David L. MacIntosh, declare as follows:

1. I am the Chief Science Officer and Director of Advanced Analytics at Environmental Health & Engineering, Inc. ("**EH&E**") in Needham, Massachusetts. I have been engaged as an expert witness for the Town of Lexington, Massachusetts ("**Lexington**") in this matter, and I make this declaration for that purpose. Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify thereto.

2. I have over 20 years of experience in the fields of environmental and occupational health. I earned a doctorate of science degree in Environmental Health from the Harvard School of Public Health in 1995, and Master of Science and Bachelor of Science degrees from Indiana University in 1991 and 1985, respectively. My current resume is attached to this declaration as

1

"Exhibit A."

3. In my role at EH&E, I am responsible for ensuring the methods applied by EH&E scientists, engineers and industrial hygienists for acquisition, analysis and interpretation are valid, reliable and executed appropriately. My professional experience includes leading and overseeing hundreds of projects that integrate environmental, building and health science, exposure assessment and analysis, communication and management of risk posed by chemical substances, such as polychlorinated biphenyls ("**PCBs**").

4. I have evaluated building dynamics, exposure to chemical, biological and physical hazards, and their associated health risks in schools, homes, commercial buildings, and healthcare institutions. My work in schools has included the assessment and management of PCBs, volatile organic compounds, pesticides, mold and moisture associated with a variety of indoor and outdoor sources.

5. Prior to joining EH&E, I was a tenured faculty member at the University of Georgia.

6. In addition to my position with EH&E, I am an Adjunct Associate Professor of Environmental Health at the Harvard School of Public Health, where I teach a course to graduate students titled *Fundamentals of Human Environmental Exposure Assessment*. I also contribute to research being conducted by doctoral degree candidates.

7. I have authored multiple publications about PCBs, on topics that include PCB emission rates from legacy construction materials, performance evaluation of mitigation methods, and risk assessment for PCBs in indoor air in schools. I have also acted as a peer reviewer for studies related to PCBs.

8. I have worked directly with the U.S. Environmental Protection Agency ("**EPA**") on issues related to PCBs. Specifically, I prepared a report titled *Literature Review of Remediation*

*Methods for PCBs in Buildings*, which was presented to the EPA in January 2012. In addition, I was a member of the peer review panel for the EPA's *Report on PCB Caulk in New York City School Buildings*.

9.   I have made a number of presentations on PCB-related topics at professional events, on topics that included managing PCBs in building materials, predicting seasonal indoor PCB concentrations, PCB emission rates from legacy construction materials, performance evaluation of mitigation methods, and risk assessment for PCBs in indoor air in schools.

10.   I am active in professional service through organizations such as the World Health Organization, Chulabhorn Research Institute, International Society for Exposure Science, and the Center for Disease Control and Prevention.

11.   On September 25, 2014, the EPA promulgated public health levels for PCBs in school indoor air. The EPA's public health levels are broken down by age. The levels relevant for Estabrook include the level for children under six years old, which is 100 ng/m$^3$, the level for children ages six to twelve, which is 300 ng/m$^3$, and the level for adults, which is 450 ng/m$^3$.

12.   The EPA warned school administrators that PCBs may be found in caulk and other building materials. Based on my experience and review of relevant literature, I am aware that from the 1950's to the 1970's, some caulking and other sealant materials were produced using PCBs. However, not all caulks or sealants manufactured during that period used or incorporated PCBs.

13.   In June 2010, Lexington engaged EH&E to investigate the presence of PCBs in Lexington's public buildings. This included investigation of PCB contamination at Estabrook Elementary School ("***Estabrook***").

14.   Until Estabrook was demolished in the spring of 2014, I was personally involved in overseeing EH&E's work at the school building. For example, I conducted a number of site visits,

3

and I communicated with representatives from Lexington, Estabrook, the EPA, and the community about the project. I reviewed site plans, photos, and other documentation. I reviewed sampling results of PCB levels in air, soil, surfaces and bulk material measured at Estabrook. I oversaw the analysis and implementation of remediation measures to reduce the PCB levels at Estabrook, and at my direction, EH&E provided guidance to Lexington in managing the building systems at Estabrook.

15. Estabrook was a single story school building that utilized masonry construction for interior walls and non-structural masonry walls with storefront in-fills for the exterior envelope walls. The interior rooms had suspended drop ceilings that utilized a metal form and ceiling tiles. Estabrook was heated and ventilated using classroom unit ventilators and exhaust fans.

16. I have reviewed the Massachusetts School Building Authority 2010 Needs Survey Report to identify the structure and design of other schools constructed in Massachusetts during the late 1950's to 1970's timeframe and compared them to Estabrook, which was built in 1961. Estabrook's design and structure was typical of schools constructed in Massachusetts in the 1960's and 1970's.

17. In July 2010, EH&E staff conducted air sampling at Estabrook to measure the levels of PCBs in indoor air. The results of this sampling indicated indoor air concentrations of total PCBs above the public health levels for schools issued by the EPA.

18. EH&E conducted additional air sampling at Estabrook in August 2012. Again, concentrations of PCBs in indoor air exceeded the EPA's public health levels for schools in ten separate locations at Estabrook.

19. Through analysis, I found similarities between the mixture of PCB holologs observed in the indoor air at Estabrook and the commercial PCB mixture "Aroclor 1254." Aroclor 1254 was a product manufactured by Monsanto Company.

20. In addition to air sampling, EH&E sampled various building materials at Estabrook to determine the source of the PCBs in the school's indoor air. The materials sampled included caulk and window sealant, ceiling tiles, acoustic panels, brick, drywall, floor tiles, insulation, mastic, paint, tar paper, carpet and brick.

21. I have determined that the primary source of airborne PCBs at Estabrook was the PCB-containing caulking used in the construction of the school. The PCB-containing caulk was found in multiple locations throughout the school building, and the caulking material I observed at the building was generally in good condition in most locations and used for its intended purpose as a sealant.

22. While sampling indicated the presence of PCBs in non-caulking materials, PCB levels in other materials were lower than the levels found in the caulking. My opinion is that the presence of PCBs in other materials was due to absorption of PCBs from the caulking.

23. In order to reduce the concentrations of PCBs in Estabrook's indoor air, EH&E developed a remediation plan to mitigate the PCBs in the school. These mitigation activities included, but were not limited to, removal of PCB containing caulk, decontamination of building materials adjacent to the PCB containing caulk, encapsulation of caulk and certain adjacent surfaces, installation of certain physical barriers, adjustments to the ventilation system and various administrative controls.

24. While the remediation measures employed at Estabrook were site specific, they followed general remediation measures that would be used to remediate other school buildings that incorporated PCB containing materials and had PCB concentrations that exceeded the public health levels for PCBs in school indoor air.

25. The remediation process for building-related PCBs can be broken down into five

Case 1:12-cv-11645-DJC   Document 127   Filed 08/29/14   Page 6 of 7


stages of work, which include: (a) Building Characterization, the purpose of which is to determine the nature and extend of the PCB caulking or other materials and the potential for exposure in the building; (b) Remediation Plan Development, which involves preparation of a plan specifying how PCB contaminated materials will be removed and handled, how surfaces will be protected, what protective measures will be employed, and what testing and verification program will be employed to qualify the effectiveness of the remediation; (c) a Pilot Remediation Program, through which a small-scale remediation program is conducted to ensure that the proposed remediation methods will be effective; (d) the Remediation Program, which is the execution of the remediation plan; and (e) Testing and Verification, which ensures the remediation was effective.

26. Two general types of remediation may be used. The first method, "abatement," refers to remediation that consists of source removal, *i.e.* physically removing the building materials that contain PCBs, and source modification, which lowers the amount of PCBs in building materials through chemical degradation or extraction techniques.

27. The second method, "mitigation" refers to controlling the impacts of the building materials containing PCB without physically removing those materials. Engineering and administrative controls may be implemented alone or in combination to mitigate releases of PCBs, and these methods include encapsulating PCB-containing materials with impermeable films or sealants, erecting physical barriers to separate or enclose areas with PCB-containing building materials, and/or adjusting ventilation or cleaning indoor air to reduce PCB levels in indoor air.

28. Based on my experience and review of relevant literature, the greatest control of PCBs in building materials can be obtained when multiple remediation methods are used together.

29. While the costs of mitigation and remediation measures will differ from building to building, costs can be computed on a cost-per-square-foot basis which, when coupled with objective

criteria about the affected buildings (*e.g.* type and size of building, area that must remediated) provide a formulaic approach to calculate projected mitigation and remediation costs.

30.     Based on my experience in overseen remediation work and a review of relevant literature, remediation costs for most school buildings would be between $10 to $40 per square foot with a central tendency of approximately $20 per square foot.

31.     My supporting analysis for my opinions concerning remediation methods and costs is contained in a report I prepared, a true and correct copy of which is attached to this affidavit as "Exhibit B."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of August, 2014, in Needham, Massachusetts.

_____
David L. MacIntosh