UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF LEXINGTON, on behalf of itself and all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>SOLUTIA INC., and<br>MONSANTO COMPANY,<br>    Defendants. | C.A. No. 12-CV-11645 |

### DEFENDANTS PHARMACIA CORPORATION, SOLUTIA, INC., AND MONSANTO COMPANY'S MOTION TO STRIKE THE AFFIDAVIT OF DAVID L. MACINTOSH AND TO EXCLUDE HIS EXPERT OPINIONS

Pursuant to Rule 702 of the Federal Rules of Civil Procedure, the Defendants move to strike the Affidavit of Dr. David L. MacIntosh filed in support of Lexington's Motion for Class Certification, and move to exclude certain of his opinions he expressed therein.

Out of all the putative class plaintiffs in this matter, it appears that only Lexington, the named plaintiff, has actually tested for and incurred costs for an indoor air PCB remediation project. Lexington's lawyers nonetheless seek to represent a class of all school districts in Massachusetts with even a single building containing indoor air PCBs above a certain threshold on the theory that those districts may sometime choose to undergo such a project at some unknown time in the future. However, it is impossible to know if any other districts will even choose to test for PCBs, and impossible to know the extent of the costs for those future potential projects.

Lexington has therefore asked Dr. MacIntosh to do the impossible: provide a standard cost per square foot figure for PCB remediation, in order to calculate class-wide damages in a cookie-cutter fashion *before any projects have actually started,* based on nothing more than the

size of the buildings affected.  Faced with such a task, it is no surprise that Dr. MacIntosh's methods have fallen short.  Dr. MacIntosh chose to avoid any traditional cost estimating techniques, instead relying on a survey that fails to account for wide variation in project scope and methods, is based on a flawed data set derived primarily from other estimates instead of finished projects, and contradicts his own previous statements that the costs of interventions are "variable" and can range from $1 to $20 per square foot.

Dr. MacIntosh's opinions of the "typicality" of the Estabrook School's design and structure, and his statements regarding the EPA PCB regulations are also based on unreliable methods and unsupportable.

For these reasons and those expressed in the accompanying memorandum in support, the Defendants hereby request that this court enter an order:

1. Striking Dr. MacIntosh's affidavit in Support of Class Certification;
2. Excluding Dr. MacIntosh from opining on:
    a. His estimates regarding the cost per square foot of PCB remediation;
    b. the "typicality" of Estabrook school;
    c. the EPA regulations pertaining to PCB remediation.

## LOCAL RULE 7.1 CERTIFICATION

Under Local Rule 7.1(a)(2), counsel for Defendants certify that they have conferred with Plaintiff's counsel and have attempted in good faith to resolve or narrow the issues presented in this Motion, but were unable to do so.

Respectfully Submitted,

MONSANTO COMPANY,
SOLUTIA INC., and
PHARMACIA CORPORATION

By their attorneys,

CAMPBELL CAMPBELL
EDWARDS & CONROY, P.C.


/s/ Richard P. Campbell

Richard P. Campbell (BBO# 071600)
Richard L. Campbell (BBO # 663934)
Brandon L. Arber (BBO # 676425)
Diana A. Chang (BBO # 682317)
One Constitution Center, 3rd Floor
Boston, MA 02129
(617) 241-3000
rpcampbell@campbell-trial-lawyers.com
rlcampbell@campbell-trial-lawyers.com
barber@campbell-trial-lawyers.com
dchang@campbell-trial-lawyers.com

and

HUSCH BLACKWELL LLP

Carol A. Rutter (pro hac vice)
Robyn D. Buck (pro hac vice)
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Tel: (314) 480-1500
carol.rutter@huschblackwell.com
robyn.buck@huschblackwell.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this ___ day of November, 2014, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system:

Esther L. Klisura (pro hac vice)
Sher Leff, LLP
450 Mission Street, Suite 400
San Francisco, California 94105
Telephone: (415) 348-8300
eklisura@sherleff.com

Robert Chapman (pro hac vice)
Jon-Jamison Hill (pro hac vice)
Eisner Kahan Gorry Chapman Ross & Jaffe
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90210
(310) 855-3200
rchapman@eisnerlaw.com

Scott P. Lewis
Melissa C. Allison
David S. Mackey
Anderson & Kreiger LLP
One Canal Park, Suite 200
Cambridge, MA 02141
(617) 621-6500
slewis@andersonkreiger.com
malison@andersonkreiger.com
dmackey@andersonkreiger.com

Kevin J. Madonna (pro hac vice)
Kennedy & Madonna, LLP
48 Dewitt Mills Road
Hurley, New York 12443
Telephone: (845) 331-7514
kmadonna@kennedymadonna.com

                                                      /s/ Richard P. Campbell