UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF LEXINGTON, on behalf of itself and all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>SOLUTIA INC., and<br>MONSANTO COMPANY,<br>    Defendants. | )<br>)<br>)<br>)   C.A. No. 12-CV-11645<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS PHARMACIA CORPORATION, SOLUTIA, INC., AND MONSANTO COMPANY'S MOTION TO EXCLUDE THE EXPERT OPINIONS OF ROBERT HERRICK, Sc.D.

Pursuant to rules 104 and 702 of the Federal Rules of Evidence, the defendants Pharmacia Corporation, Solutia, Inc. and Monsanto Company hereby move to exclude the testimony of the plaintiff the Town of Lexington's ("Lexington") proffered expert Robert F. Herrick, Sc. D from all evidentiary and fact-finding proceedings related to class certification or the determination of Lexington's claims.

Lexington submitted Dr. Herrick's expert report as its sole evidence regarding the numersoity requirement of class certification. Dr. Herrick, however, is not qualified to render opinions on the subject matter in his report as he has no knowledge, skill or experience relevant to estimating the number of schools with PCB-containing caulk, estimating the number of schools with PCBs in indoor air in excess of the EPA's recommendations, or the toxic health effects of PCBs. Moreover, Dr. Herrick's opinions suffer from major errors in methodology, improper reliance on incomparable studies, and a flagrant disregard for all unfavorable data, all of which renders his opinions speculative and unreliable.

WHEREFORE, for the reasons outlined more fully in the accompanying Memorandum of Law, the Court should exclude Dr. Herrick's opinions and testimony from all evidentiary and fact-finding proceedings related to class certification or the determination of Lexington's claims

## LOCAL RULE 7.1 CERTIFICATION

Under Local Rule 7.1(a)(2), counsel for Defendants certify that they have conferred with Plaintiff's counsel and have attempted in good faith to resolve or narrow the issues presented in this Motion, but were unable to do so.

Respectfully Submitted,

MONSANTO COMPANY,
SOLUTIA INC., and
PHARMACIA CORPORATION

By their attorneys,

CAMPBELL CAMPBELL
EDWARDS & CONROY, P.C.

/s/ Diana A. Chang

Richard P. Campbell (BBO# 071600)
Richard L. Campbell (BBO # 663934)
Brandon L. Arber (BBO # 676425)
Diana A. Chang (BBO # 682317)
One Constitution Center, 3rd Floor
Boston, MA 02129
(617) 241-3000
rpcampbell@campbell-trial-lawyers.com
rlcampbell@campbell-trial-lawyers.com
barber@campbell-trial-lawyers.com
dchang@campbell-trial-lawyers.com

and

HUSCH BLACKWELL LLP

Carol A. Rutter (pro hac vice)
Robyn D. Buck (pro hac vice)

190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Tel: (314) 480-1500
carol.rutter@huschblackwell.com
robyn.buck@huschblackwell.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 17th day of November, 2014, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system:

Esther L. Klisura (pro hac vice)
Sher Leff, LLP
450 Mission Street, Suite 400
San Francisco, California 94105
Telephone: (415) 348-8300
eklisura@sherleff.com

Robert Chapman (pro hac vice)
Jon-Jamison Hill (pro hac vice)
Eisner Kahan Gorry Chapman Ross & Jaffe
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90210
(310) 855-3200
rchapman@eisnerlaw.com

Scott P. Lewis
Melissa C. Allison
David S. Mackey
Anderson & Kreiger LLP
One Canal Park, Suite 200
Cambridge, MA 02141
(617) 621-6500
slewis@andersonkreiger.com
malison@andersonkreiger.com
dmackey@andersonkreiger.com

Kevin J. Madonna (pro hac vice)
Kennedy & Madonna, LLP
48 Dewitt Mills Road
Hurley, New York 12443
Telephone: (845) 331-7514
kmadonna@kennedymadonna.com

                                    /s/ Diana A. Chang