UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF LEXINGTON, on behalf of itself and all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>SOLUTIA INC., and<br>MONSANTO COMPANY,<br>    Defendants. | )<br>)<br>)<br>)   C.A. No. 12-CV-11645<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DIANA A. CHANG IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT OPINIONS OF ROBERT HERRICK Sc.D.

I am an attorney at Campbell, Campbell Edwards and Conroy, P.C. and I am one of the attorneys representing the defendants in this action. The following exhibits are true and accurate copies:

1. Attached as Exhibit A is a true and accurate copy of a letter from Ammar M. Dieb to Patrick Goddard, dated Nov. 13, 2009, LEXINGTON051633, which was produced by the Town of Lexington.

2. Attached as Exhibit B is a true and accurate copy of a letter from Gerard Cody to Board of Health, dated Aug. 11, 2010, LEXINGTON032206, which was produced by the Town of Lexington.

3. Attached as Exhibit C is a true and accurate copy the Affidavit of Robert Herrick in Support of Plaintiff Town of Lexington's Motion for Class Certification and accompanying "Report of Robert F. Herrick, Sc.D, CIH for Town of Lexington v. Pharmacia Corp., U.S.D.C. Case No. 12-cv-11645", attached as Exhibit B to the Affidavit.

4. Attached as Exhibit D is a true and accurate transcript of the Deposition of Robert Herrick, October 13, 2014.

5. Attached as Exhibit E is a true and accurate copy the Expert Report of Thomas Starr.

6. Attached as Exhibit F is a true and accurate copy of John P. Woodyard, PE, Expert Report, dated Nov. 14, 2014.

7. Attached as Exhibit G is a true and accurate copy of the Declaration of Thomas A. Barocci, Ph.D., dated Nov. 14, 2014.

8. Attached as Exhibit H is a true and accurate copy of Excerpts from CCA Expert Report, dated Nov. 13, 2014.

9. Attached as Exhibit I is a true and accurate copy of the New York Lawyers for the Public Interest's brochure titled "PCB Lighting in NYC Schools: Dangerous, Inefficient and Obsolete", dated February 2011.  This report was downloaded from the NYLPI.org website.

10. Attached as Exhibit J is a true and accurate copy of the 2010 Needs Survey Report published by the Massachusetts School Building Authority.

11. Attached as Exhibit K is a true and accurate copy of Kohler et al., "Joint Sealants: An Overlooked Diffuse Source of Polychlorinated Biphenyls in Buildings", 39:7 Environ. Sci. & Tech. 1967 (2005).

12. Attached as Exhibit L is a true and accurate copy of Robson et al., "Continuing sources of PCBs: The significance of building sealants", 36 Environ. Int'l 506 (2010).

13. Attached as Exhibit M is a true and accurate copy of Herrick et al., "An Unrecognized Source of PCB Contamination in Schools and Other Buildings", 112:10 Environ. Health Perspectives 1051 (July 2004).

14. Attached as Exhibit N is a true and accurate copy of Klosterhaus, et al., "Polychlorinated biphenyls in the exterior caulk of San Francisco Bay Area buildings, California, USA", 66 Environ. Int'l 38 (2014).

15. Attached as Exhibit O is a true and accurate copy of Xue, et al., "Polychlorinated Biphenyls (PCBs) in School Buildings: Sources, Environmental Levels and Exposures", EPA/600R-12/051, 30 Sept. 2012.

16. Attached as Exhibit P is a true and accurate copy of a memo from the Town of Lexington Office of Community Development, dated August 30, 2010, LEXINGTON032631, which was produced by the Town of Lexington.

17. Attached as Exhibit Q is a true and accurate copy of Environmental Health & Engineering's memo titled, "Estabrook School indoor Environmental Concerns: Commonly Asked Questions and Answers", dated Sept. 6, 2010, EHE_004131, which was produced by EH&E.

Signed under the pains and penalties of perjury.

/s/ Diana A. Chang_____
One of the Attorneys for the Defendants

Respectfully Submitted,

MONSANTO COMPANY,
SOLUTIA INC., and
PHARMACIA CORPORATION

By their attorneys,

CAMPBELL CAMPBELL
EDWARDS & CONROY, P.C.


/s/ Diana A. Chang

Richard P. Campbell (BBO# 071600)
Richard L. Campbell (BBO # 663934)
Brandon L. Arber (BBO # 676425)
Diana A. Chang (BBO # 682317)
One Constitution Center, 3rd Floor
Boston, MA 02129
(617) 241-3000
rpcampbell@campbell-trial-lawyers.com
rlcampbell@campbell-trial-lawyers.com
barber@campbell-trial-lawyers.com
dchang@campbell-trial-lawyers.com

      and

HUSCH BLACKWELL LLP

Carol A. Rutter (pro hac vice)
Robyn D. Buck (pro hac vice)
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Tel: (314) 480-1500
carol.rutter@huschblackwell.com
robyn.buck@huschblackwell.com

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 17th day of November, 2014, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system:

Esther L. Klisura (pro hac vice)
Sher Leff, LLP
450 Mission Street, Suite 400
San Francisco, California 94105
Telephone: (415) 348-8300
eklisura@sherleff.com

Robert Chapman (pro hac vice)
Jon-Jamison Hill (pro hac vice)
Eisner Kahan Gorry Chapman Ross & Jaffe
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90210
(310) 855-3200
rchapman@eisnerlaw.com

Scott P. Lewis
Melissa C. Allison
David S. Mackey
Anderson & Kreiger LLP
One Canal Park, Suite 200
Cambridge, MA 02141
(617) 621-6500
slewis@andersonkreiger.com
malison@andersonkreiger.com
dmackey@andersonkreiger.com

Kevin J. Madonna (pro hac vice)
Kennedy & Madonna, LLP
48 Dewitt Mills Road
Hurley, New York 12443
Telephone: (845) 331-7514
kmadonna@kennedymadonna.com

             /s/ Diana A. Chang