UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF LEXINGTON, on behalf of itself and all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC., and MONSANTO COMPANY,<br>    Defendants. | C.A. No. 12-CV-11645 |

### DECLARATION OF BRANDON L. ARBER IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE THE AFFIDAVIT OF DAVID L. MACINTOSH AND EXCLUDE HIS EXPERT OPINIONS

1. I am an attorney at Campbell, Campbell Edwards and Conroy, P.C. and I am one of the attorneys representing the defendants in this action.

2. Attached as Exhibit A is a true and accurate copy of the Class Action Complaint.

3. Attached as Exhibit B is a true and accurate copy of Plaintiff Town of Lexington's Responses to Pharmacia LLC's First Set of Interrogatories.

4. Attached as Exhibit C is a true and accurate copy of Memorandum of Reasons in Support of Plaintiff Town of Lexington's Motion for Class Certification.

5. Attached as Exhibit D is a true and accurate copy of the Affidavit of David L. MacIntosh in Support of Plainttiff Town of Lexington's Motion for Class Certification.

6. Attached as Exhibit E is a true and accurate copy of the report David L. MacIntosh dated August 29, 2014.

7. Attached as Exhibit F is a true and accurate copy of the report David L. MacIntosh dated February 14, 2014.

8. Attached as Exhibit G is a true and accurate copy of the CV of David L. MacIntosh.

9. Attached as Exhibit H is a true and accurate copy of the expert report of CCA dated

   November 13, 2014.

10. Attached as Exhibit I is a true and accurate copy of the deposition transcript of David L.

    Macintosh dated October 15, 2014.

11. Attached as Exhibit J is a true and accurate copy of the expert report of John P.

    Woodyard dated November 14, 2014.

12. Attached as Exhibit K is a true and accurate copy of the expert report of Thomas A.

    Barocci.

13. Attached as Exhibit L is a true and accurate copy of abstract from the Eighth

    International PCB Workshop held in Woods Hole, MA from October 5-9, 2014.


Signed under the pains and penalties of perjury.


/s/Brandon L. Arber_____
One of the Attorneys for the Defendants

Respectfully Submitted,

MONSANTO COMPANY,
SOLUTIA INC., and
PHARMACIA CORPORATION

By their attorneys,

CAMPBELL CAMPBELL
EDWARDS & CONROY, P.C.


/s/ Richard P. Campbell

Richard P. Campbell (BBO# 071600)
Richard L. Campbell (BBO # 663934)
Brandon L. Arber (BBO # 676425)
Diana A. Chang (BBO # 682317)
One Constitution Center, 3rd Floor
Boston, MA 02129
(617) 241-3000
rpcampbell@campbell-trial-lawyers.com
rlcampbell@campbell-trial-lawyers.com
barber@campbell-trial-lawyers.com
dchang@campbell-trial-lawyers.com

and

HUSCH BLACKWELL LLP

Carol A. Rutter (pro hac vice)
Robyn D. Buck (pro hac vice)
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Tel: (314) 480-1500
carol.rutter@huschblackwell.com
robyn.buck@huschblackwell.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of November, 2014, the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system:

Esther L. Klisura (pro hac vice)
Sher Leff, LLP
450 Mission Street, Suite 400
San Francisco, California 94105
Telephone: (415) 348-8300
eklisura@sherleff.com

Robert Chapman (pro hac vice)
Jon-Jamison Hill (pro hac vice)
Eisner Kahan Gorry Chapman Ross & Jaffe
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90210
(310) 855-3200
rchapman@eisnerlaw.com

Scott P. Lewis
Melissa C. Allison
David S. Mackey
Anderson & Kreiger LLP
One Canal Park, Suite 200
Cambridge, MA 02141
(617) 621-6500
slewis@andersonkreiger.com
malison@andersonkreiger.com
dmackey@andersonkreiger.com

Kevin J. Madonna (pro hac vice)
Kennedy & Madonna, LLP
48 Dewitt Mills Road
Hurley, New York 12443
Telephone: (845) 331-7514
kmadonna@kennedymadonna.com

/s/ Richard P. Campbell