UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF LEXINGTON, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>PHARMACIA CORPORATION, SOLUTIA INC., and MONSANTO COMPANY,<br><br>    Defendants. | Case No. 1:12-cv-11645-DJC |

### PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE EXPERT OPINIONS OF ROBERT HERRICK, Sc.D.

Pursuant to Local Rule 7.1(b)(2), Plaintiff, Town of Lexington, hereby responds to Defendants' Motion To Exclude The Expert Opinions Of Robert Herrick, Sc.D. ("Motion To Exclude"; Doc. 144).

Defendants ask the Court to exclude Dr. Herrick's opinions regarding numerosity and the toxic health effects of PCBs. (*See* Docs. 144, 145.) In light of Lexington's proposed redefinition of the class and issues for class determination (Doc. 198 at 12-14), Lexington now withdraws Dr. Herrick as an expert witness. This renders the entirety of the Motion To Exclude moot. *E.g.*, *Segelman* v. *City of Springfield*, 561 F. Supp. 2d 123, 124 (D. Mass. 2008).

WHEREFORE, the Court should deny to Motion To Exclude as moot.

Respectfully submitted,

/s/ Bryan S. Gowdy
Bryan S. Gowdy (MBN 643442)
bgowdy@appellate-firm.com
filings@appellate-firm.com
CREED & GOWDY, P.A.
865 May Street
Jacksonville, FL 32204
(904) 350-0075 T
(904) 503-0441 F

*Counsel for Town of Lexington*

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of March, 2015, the foregoing document was filed electronically using the Court's CM/ECF system, and notice of this filing will be sent by e-mail to the following parties by operation of that electronic filing system:

| **Pharmacia Corp., Solutia Inc., and Monsanto Co.** | **Town of Lexington** |
|---|---|
| Richard L. Campbell | Robert S. Chapman |
| Richard P. Campbell | Jon-Jamison Hill |
| Brandon L. Arber | Kevin J. Madonna |
| Diana A. Chang | Esther L. Klisura |
| Carol A. Rutter | Melissa C. Allison |
| Robyn D. Buck | Scott P. Lewis |
| Sean M. Hickey | David S. Mackey |
|  | Melissa C. Allison |

**Town of Westport and Westport Community Schools**

Carla Burke
Robin Greenwald
Todd D. Omen
William A. Walsh
Richard M. Sandman

/s/ Bryan S. Gowdy
Bryan S. Gowdy

2