UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TOWN OF LEXINGTON**
        Plaintiff(s)

v.                    CIVIL ACTION NO. **12-11645-DJC**

**PHARMACIA CORP., ET AL**
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

CASPER, D.J.

☐   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**. In accordance with the Memorandum and Order dated September 23, 2015 and the ECF Order dated January 25, 2016;

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendants.

Robert M. Farrell, Clerk

Dated: 1/25/16                       /s/ Lisa M. Hourihan
                                     ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____%.

(judgciv.frm - 10/96)                                                   [jgm.]